# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-2181
_____

KEVIN B. KASPER,

   Petitioner,

v.

RICKY D. DIXON, Secretary,
Florida Department of
Corrections,

   Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.


November 29, 2023


PER CURIAM.

   AFFIRMED. *See* Fla. R. App. P. 9.315(a).

B.L. THOMAS, M.K. THOMAS, and TANENBAUM, JJ., concur.

_____

   ***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Kevin B. Kasper, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.